UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
and THE STATE OF MICHIGAN,

      Plaintiffs,

Case No. 21-cv-10799
Honorable Matthew F. Leitman

*ex rels.* AMINE P. AMINE, M.D., and
REDWAN ASBAHI, M.D.,

      Plaintiffs/Relators,

vs.

TEAM HEALTH HOLDINGS,
INC., *et al.*,

      Defendants.
_____/

## ORDER

The United States and the State of Michigan having withdrawn their intervention as to the claims not within the Covered Conduct as defined in the parties' Settlement Agreement in this Action, as well as all claims against defendant Mahmud Zamlut, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the Michigan Medicaid False Claim Act, M.C.L. § 400.610a, the Court rules as follows:

    1.    the Relators' Amended Complaint as to the declined claims be served upon the Defendants by the Relators;

2. consistent with the Court's Order unsealing this proceeding as of September 25, 2023 [ECF 28, PageID.207-208], all of the contents of the Court's file in this matter dated prior to that Order shall remain under seal, except for the relators' Complaint and Amended Complaint, the Governments' Notice of Election to Intervene, and the Court's Order on the Governments' Notice of Election to Intervene;

3. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of Michigan, as provided for in 31 U.S.C. § 3730(c)(3) and M.C.L. § 400.610a(6). The United States and the State of Michigan may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

4. the parties shall serve all notices of appeal upon the United States and the State of Michigan;

5. all orders of this Court shall be sent to the United States and the State of Michigan; and that

6. should the relators or the defendants propose that the part of the action in which the United States and the State of Michigan have withdrawn their intervention be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Michigan before ruling or granting its approval.

IT IS SO ORDERED,

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 15, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 15, 2023, by electronic means and/or ordinary mail.

    s/Holly A. Ryan
    Case Manager
    (313) 234-5126