UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF
AMERICA AND THE STATE OF
MICHIGAN ex rel. AMINE P.
AMINE, M.D., individual, REDWAN
ASBAHI, M.D.,

       Plaintiffs,

v.

TEAM HEALTH HOLDINGS, INC, a
TENNESSEE COMPANY, and
MAHMUD ZAMLUT, M.D.,

       Defendants.

Case No. 21-cv-10799
Hon. Matthew F. Leitman

---

### ORDER GRANTING RELATORS UNOPPOSED
### EX PARTE MOTION TO EXCEED PAGE LIMITATION

Before the Court is Relator's Unopposed Ex Parte Motion to Exceed Page Limitation, filed pursuant to Local Rule 7.1(d)(3)(A). For good cause shown, **IT IS HEREBY ORDERED** that Relator's may submit a Response to TH's Motion to Dismiss the Amended Complaint with Prejudice that is up to 32 pages in length.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 10, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2024, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126